To: Texas Court of Criminal Appeals
P.O. Box 12308
Austin, TX. 78711

Mailed 5/6/15

Dear TCA,
　　　　Please tell me how much it will cost to buy a copy of my P.D.R. # PD-1323-14, filed 12-5-14. I also need to know who to make the money order payable to. I only want the Petition for Discretionary Review I filed first (The original not the Supplement).

Thank You,

Joe Angel Acosta III
Joe Angel Acosta III
#1844468-Clements Unit
9601 Spur 591
Amarillo, TX. 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 11 2015

Abel Acosta, Clerk